RECEIVED AND FILED
2017 MAR 22 PM 6:17
CLERK'S OFFICE
US DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br><br>**Joniel CRUZ-ARROYO**<br><br>Defendant, | **INDICTMENT**<br><br>CRIMINAL NO. 17-191 (DRD)<br><br>**VIOLATIONS:**<br><br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c)(1)(B)(ii)<br>18 U.S.C. § 924(c)(1)(A)(i)<br><br>Forfeiture<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>**SIX COUNTS** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Cocaine Base**
(Title 21, United States Code, Section 841(a)(1))

On or about March 17, 2017, in the United States, in the District of Puerto Rico and within the jurisdiction of this Court,

**Joniel CRUZ-ARROYO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base (commonly known as crack cocaine), a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

Indictment: <u>Joniel Cruz-Arroyo</u>

## COUNT TWO
**Possession with Intent to Distribute Cocaine**
(Title 21, <u>United States Code</u>, Section 841(a)(1))

On or about March 17, 2017, in the United States, in the District of Puerto Rico and within the jurisdiction of this Court,

**Joniel CRUZ-ARROYO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21, <u>United States Code</u>, Sections 841(a)(1) & (b)(1)(C).

## COUNT THREE
**Possession with Intent to Distribute Heroin**
(Title 21, <u>United States Code</u>, Section 841(a)(1))

On or about March 17, 2017, in the United States, in the District of Puerto Rico and within the jurisdiction of this Court,

**Joniel CRUZ-ARROYO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21, <u>United States Code</u>, Sections 841(a)(1) & (b)(1)(C).

Indictment: Joniel Cruz-Arroyo

## COUNT FOUR
**Possession with Intent to Distribute Marijuana**
(Title 21, United States Code, Section 841(a)(1))

On or about March 17, 2017, in the United States, in the District of Puerto Rico and within the jurisdiction of this Court,

**Joniel CRUZ-ARROYO,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I Drug Controlled Substance. All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D).

## COUNT FIVE
**Possession of a Machinegun in Furtherance of
a Drug Trafficking Crime**
(Title 18, United States Code, Section 924(c)(1)(B)(ii))

On or about March 17, 2017, in the United States, in the District of Puerto Rico and within the jurisdiction of this Court,

**Joniel CRUZ-ARROYO,**

the defendant herein, did knowingly possess a machinegun, as defined in 26 U.S.C. § 5845(b), that is a Glock pistol model 23, serial number DHN885US, capable of firing in fully automatic mode, in furtherance of a drug trafficking crime, for which he may be prosecuted in a Court of the United States, that is possession with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii).


Indictment: <u>Joniel Cruz-Arroyo</u>

## <u>COUNT SIX</u>
**Possession of a firearm in Furtherance of
a Drug Trafficking Crime**
(Title 18, <u>United States Code</u>, Section 924(c)(1)(A))

On or about March 17, 2017, in the United States, in the District of Puerto Rico and within the jurisdiction of this Court,

**Joniel CRUZ-ARROYO,**

the defendant herein, did knowingly possess a firearm, as defined in 18 U.S.C. § 921(a)(3), that is a Glock pistol model 23, serial number DHN885US, in furtherance of a drug trafficking crime, for which he may be prosecuted in a Court of the United States, that is possession with intent to distribute a controlled substance in violation of Title 21, <u>United States </u>Code, Section 841(a)(1). All in violation of Title 18, <u>United States Code,</u> Sections 924(c)(1)(A).

Indictment: <u>Joniel Cruz-Arroyo</u>

## **FIREARMS FORFEITURE ALLEGATION**

The allegations contained in Counts Five and Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, <u>United States Code,</u> Section 924(d) and Title 28, <u>United States Code,</u> Section 2461(c). Upon conviction of the offenses in violation of Title 18, <u>United States Code</u>, Sections 924(c)(1)(B)(ii) and 924(c)(1)(A), as set forth in Counts Five and Six of this Indictment, the defendant, **Joniel CRUZ-ARROYO**, shall forfeit to the United States pursuant to Title 18, <u>United States Code,</u> Section 924(d) and Title 28, <u>United States Code</u>, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Glock pistol model 23, serial number DHN885US, 13 rounds of .40 caliber ammunition and one magazines. All pursuant to Title 18, <u>United States Code</u>, Section 924(d) and Title 28, <u>United States Code,</u> Section 2461(c).

TRUE BILL,
FOREPERSON

Date: 3/22/

ROSA EMILIA RODRIGUEZ-VELEZ
**United States Attorney**

*[signature]*

**Timothy Henwood**
First Assistant U.S. Attorney

*[signature]*

**Jenifer Y. Hernández-Vega**
Assistant U.S. Attorney
Chief, Violent Crimes Unit

*[signature]*

**Camille García-Jiménez**
Special Assistant U.S. Attorney